AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>HUNTER ALLEN LOOS<br><br>*Defendant(s)* | )<br>)<br>)  Case No.   2:20-cv-57<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/30/2020__ in the county of __Marquette__ in the __Western__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C., Sections 1111(a), (b) and 1152 | On or about 10/30/2020, in Marquette County, in the Western District of Michigan, the defendant, an non-indian, unlawfully killed Renee Bressette, an Indian female, born on a known date in 1970, and committed such act within the special maritime and territorial jurisdiction of the United States. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

The Court processed the complaint remotely.  The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail).  The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail). The process complied with Rules 3 and 4.1.

*Complainant's signature*

Special Agent Jay D. Johnston-FBI
*Printed name and title*

Date:  __10/31/2020__

*Judge's signature*

City and state:  __Marquette, Michigan__      Maarten Vermaat , U.S. Magistrate Judge
*Printed name and title*