UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-57 |
| Plaintiff, | Hon. Maarten Vermaat<br>U.S. Magistrate Judge |
| v. | |
| HUNTER ALLEN LOOS, | |
| Defendant. | |
| _____/ | |

**<u>ORDER</u>**

On November 9, 2020, this Court ordered that a psychiatric or psychological examination of the Defendant be conducted pursuant to 18 U.S.C. §§ 4241(b) and 4247(b), and that a psychiatric or psychological report be filed in accordance with 18 U.S.C. § 4247(c) (ECF No. 17.)

On December 8, 2020, this Court received a letter from the Federal Medical Center in Lexington, Kentucky where Defendant was designated requesting a 15-day extension to file the report. This extension request is granted.

IT IS HEREBY ORDERED that the evaluation is to be completed by January 15, 2021, with the final report submitted no later than February 12, 2021.

IT IS FURTHER ORDERED that for speedy trial purposes, this time shall also be excluded as part of Defendant's psychiatric/psychological examination.

All other provisions of the November 9, 2019 order shall remain in place.

IT IS SO ORDERED.


Dated: December 8, 2020         /s/ Maarten Vermaat
                                MAARTEN VERMAAT
                                U.S. MAGISTRATE JUDGE